NUMBER 13-00-078-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


DARYL REYNOLDS
, Appellant,


v.



COHERENT TECHNOLOGIES, INC.
, Appellee.

____________________________________________________________________


On appeal from the 24th District Court


of Victoria County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Hinojosa, Chavez, and Rodriguez


Opinion Per Curiam


 Appellant, DARYL REYNOLDS, perfected an appeal from a
judgment entered by the 24th District Court of Victoria County, Texas,
in cause number 99-12-54,213-A. After the record and briefs were filed
and after the cause was submitted to the Court, appellant filed a motion
to dismiss the appeal. In the motion, appellant states that this
interlocutory appeal has expired by its terms and that the appeal is now
moot. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 31st day of August, 2000.